UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
-------------------------------------------------------------------X
STEPHEN COWART, JOSEPH HURST, and           :
KENNETH RAHN, JR.,                          :
                                            :
                 Plaintiffs,                :
                                            :
        v.                                  :
                                            :
ILA LOCAL 1475 CLERKS AND CHECKERS          :      4:25-cv-00199-RSB-CLR
UNION, INC., GEORGIA STEVEDORE              :
ASSOCIATION, BENNY HOLLAND, JR., RICKY      :
DELOACH, FRANK RYAN, JR., STEVE SIMS,       :
NORMAN MASSEY, TRACY O'CONNELL,             :
MICHAEL PARSONS, DENNIS DAGGETT,            :
ALAN ROBB, HAROLD DAGGETT, and John         :
Doe(s) 1-10,                                :
                                            :
                 Defendants.                :
-------------------------------------------------------------------X
```

**DEFENDANTS
HAROLD DAGGETT'S, DENNIS DAGGETT'S AND BENNY HOLLAND, JR.'S
MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendants Harold Daggett, Dennis Daggett, and Benny Holland, Jr. ("Moving Defendants"), through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss Plaintiffs' Complaint against the Moving Defendants for failure to state a claim upon which relief can be granted. The grounds for granting this *Motion* are set forth in the accompanying *Memorandum of Law in Support of Defendants' Motion to Dismiss*.

**WHEREFORE**, based upon the facts and applicable law stated herein, Moving Defendants respectfully pray that this Court grant its *Motion to Dismiss*, enter an *Order* dismissing Plaintiffs' *Complaint* against Moving Defendants, and for such other and further relief as this Honorable Court deems just and proper.

Dated: New York, New York
September 16, 2025

Respectfully submitted,

| MAZZOLA MARDON, P.C. | BIGNAULT & CARTER, LLC |
|---|---|
| /s/ John P. Sheridan | /s/ W. Paschal Bignault |
| John P. Sheridan | W. Paschal Bignault |
| Daniel Wolff | Parkway Professional Plaza, 130 Canal Street, Suite 401 |
| Nicholas M. Graziano | |
| 39 Broadway, 34th Floor | Pooler, Georgia 31322 |
| New York, NY 10004 | (912) 356-0388 |
| (212) 425-3240 | pbignault@bc-laws.com |
| Jsheridan@mmmpc.com | |
| *Attorneys for Defendants Harold Daggett, Dennis Daggett, and Benny Holland, Jr.* | *Local Counsel for Defendants Harold Daggett, Dennis Daggett, and Benny Holland, Jr.* |

1003-655

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

---------------------------------------------------------------------X
STEPHEN COWART, JOSEPH HURST, and
KENNETH RAHN, JR.,

                      Plaintiffs,

                v.

ILA LOCAL 1475 CLERKS AND CHECKERS     4:25-cv-00199-RSB-CLR
UNION, INC., GEORGIA STEVEDORE
ASSOCIATION, BENNY HOLLAND, JR., RICKY
DELOACH, FRANK RYAN, JR., STEVE SIMS,
NORMAN MASSEY, TRACY O'CONNELL,
MICHAEL PARSONS, DENNIS DAGGETT,
ALAN ROBB, HAROLD DAGGETT, and John
Doe(s) 1-10,

                      Defendants.
---------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case with this *Motion to Dismiss* in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

Dated:    New York, New York
              September 16, 2025

1003-655

3

Respectfully submitted,

| MAZZOLA MARDON, P.C. | BIGNAULT & CARTER, LLC |
|---|---|
| /s/ John P. Sheridan | /s/ W. Paschal Bignault |
| John P. Sheridan | W. Paschal Bignault |
| Daniel Wolff | Parkway Professional Plaza, 130 Canal Street, Suite 401 |
| Nicholas M. Graziano | |
| 39 Broadway, 34th Floor | Pooler, Georgia 31322 |
| New York, NY 10004 | (912) 356-0388 |
| (212) 425-3240 | pbignault@bc-laws.com |
| Jsheridan@mmmpc.com | |
| *Attorneys for Defendants Harold Daggett, Dennis Daggett, and Benny Holland, Jr.* | *Local Counsel for Defendants Harold Daggett, Dennis Daggett, and Benny Holland, Jr.* |

1003-655