# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| STEPHEN COWART, JOSEPH HURST, and KENNETH RAHN, JR., <br><br>    Plaintiffs, <br><br> v. <br><br> ILA LOCAL 1475 CLERKS AND CHECKERS UNION, INC., GEORGIA STEVEDORE ASSOCIATION, BENNY HOLLAND, JR., RICKY DELOACH, FRANK RYAN, JR., STEVE SIMS, NORMAN MASSEY, TRACY O'CONNELL, MICHAEL PARSONS, DENNIS DAGGETT, ALAN ROBB, HAROLD DAGGETT, and JOHN DOE(S) 1-10, <br><br>    Defendants. | Case No.: 4:25-cv-00199-RSB-CLR |

## DEFENDANTS ILA LOCAL 1475 CLERKS AND CHECKERS UNION, INC., RICKY DELOACH, FRANK RYAN, JR., STEVE SIMS, AND MICHAEL PARSONS' MOTION TO DISMISS

Comes now Defendants ILA Local 1475 Clerks and Checkers Union, Inc. (herein "Local 1475"), Ricky DeLoach, Frank Ryan, Jr., Steve Sims, and Michael Parsons (collectively "Local Union Defendants") and by and through their undersigned counsel, without waiving any applicable defenses, and files this, their Local Union Defendants' Motion to Dismiss in the above entitled action, and move this Honorable Court pursuant to Fed. R. Civ. P. Rule 12(b)(6) to dismiss the claims filed against them for failure to state a claim upon which relief can be granted. The grounds for granting this Motion are set forth in the accompanying Brief in Support of Local Union Defendants' Motion to Dismiss.

**WHEREFORE**, based upon the facts and applicable law stated herein and in the contemporaneously filed Brief in Support of Local Union Defendants' Motion to Dismiss, the Local Union Defendants respectfully pray that their Motion be granted and that Plaintiffs'

Complaint against them be dismissed with prejudice, with all costs assessed against Plaintiffs, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted this 16th day of September, 2025.

                                                **CHARLES HERMAN LAW**

                                                /s/ Charles Herman
                                                Charles Herman
                                                Georgia Bar No. 142852
                                                ***Attorney for ILA Local 1475 Clerks and Checkers Union, Inc., Ricky DeLoach, Frank Ryan, Jr., Steve Sims, and Michael Parsons***

127 Abercorn Street, Suite 208
Savannah, Georgia 31401
(912) 244-3999
(912) 257-7301 Facsimile
charles@charleshermanlaw.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| STEPHEN COWART, JOSEPH HURST, and KENNETH RAHN, JR.,<br><br>　Plaintiffs,<br><br>v.<br><br>ILA LOCAL 1475 CLERKS AND CHECKERS UNION, INC., GEORGIA STEVEDORE ASSOCIATION, BENNY HOLLAND, JR., RICKY DELOACH, FRANK RYAN, JR., STEVE SIMS, NORMAN MASSEY, TRACY O'CONNELL, MICHAEL PARSONS, DENNIS DAGGETT, ALAN ROBB, HAROLD DAGGETT, and JOHN DOE(S) 1-10,<br><br>　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No.: 4:25-cv-00199-RSB-CLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## *CERTIFICATE OF SERVICE*

　The undersigned certifies that I have on this day served all the parties in this case with this Local Union Defendants' Motion to Dismiss in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

　Respectfully submitted this 16th day of September 2025.

　　　　　　　　　　　　　　　　　　　　**CHARLES HERMAN LAW**

　　　　　　　　　　　　　　　　　　　　/s/ Charles Herman
　　　　　　　　　　　　　　　　　　　　Charles Herman
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 142852
　　　　　　　　　　　　　　　　　　　　***Attorney for ILA Local 1475 Clerks and Checkers Union, Inc., Ricky DeLoach, Frank Ryan, Jr., Steve Sims, and Michael Parsons***

127 Abercorn Street, Suite 208
Savannah, Georgia 31401
(912) 244-3999
(912) 257-7301 Facsimile
charles@charleshermanlaw.com