**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| **STEPHEN COWART, JOSEPH HURST, AND KENNETH RAHN, JR.,** | **Civil Action No.** |
| Plaintiffs, | **4:25-cv-00199-RSB-CLR** |
| v. | |
| **ILA LOCAL 1475 CLERKS AND CHECKERS UNION, INC., et al.** | |
| Defendant. | |

## DEFENDANT GEORGIA STEVEDORE ASSOCIATION'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)

NOW COMES, Defendant Georgia Stevedore Association ("GSA" or "Defendant"), by and through undersigned counsel, Gordon Rees Scully Mansukhani, LLC, and respectfully moves to dismiss Plaintiffs Stephen Cowart, Joseph Hurst and Kenneth Rahn, Jr. (collectively, the "Plaintiffs") Complaint (Doc. 1-1) in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As demonstrated in the memorandum in support that follows, Plaintiffs' claims fail as a matter of law.

Dated: September 16, 2025      Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP
*/s/ Theresa L. Nelson*
Theresa L. Nelson (GA Bar No. 601095)
Gordon Rees Scully Mansukhani, LLP
55 Ivan Allen Jr. Blvd. N.W.
Suite 750
Atlanta, GA 30308
Ph.: (404) 869-9054
Email: tlnelson@grsm.com

*Attorney for Defendant Georgia Stevedore Association*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and complete copy of the foregoing have been served through the Court's electronic filing system to all counsel of record on September 16, 2025.

I also certify that a true and complete copy of the foregoing has been served to the following via electronic mail service on September 16, 2025.

Bryan Henderson
Guilmette Pulver, LLC
1355 Peachtree St. NE, Ste. 1125
Atlanta, GA 30309
Email:  bryan@guilmettehenderson.com
*Attorney for Plaintiffs*

/s/ *Theresa L. Nelson*
Theresa Nelson