| | | |
|---|---|---|
| STEPHEN COWART, JOSEPH HURST, and KENNETH RAHN, JR., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No.: 4:25-cv-00199 |
| ILA LOCAL 1475 CLERKS AND CHECKERS UNION, INC., GEORGIA STEVEDORE ASSOCIATION, BENNY HOLLAND, JR., RICKY DELOACH, FRANK RYAN, JR., STEVE SIMS, NORMAN MASSEY, TRACY O'CONNELL, MICHAEL PARSONS, DENNIS DAGGETT, ALAN ROBB, HAROLD DAGGETT, and JOHN DOE(S) 1-10, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER ON DEFENDANTS ILA LOCAL 1475 CLERKS AND CHECKERS UNION, INC., RICKY DELOACH, FRANK RYAN, JR., STEVE SIMS, MICHAEL PARSONS, HAROLD DAGGETT, DENNIS DAGGETT, AND BENNY HOLLAND, JR. UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME

WHEREAS, September 24, 2025, Plaintiffs filed a Motion to Remand to State Court; and

WHEREAS, Defendants ILA Local 1475 Clerks and Checkers Union, Inc., Ricky DeLoach, Frank Ryan, Jr., Steve Sims, Michael Parsons, Harold Daggett, Dennis Daggett, and Benny Holland, Jr. ("Union Defendants") deadline to file a response is Wednesday, October 8, 2025, fourteen (14) days after the Motion to Remand was filed, and thus the time for filing a response has not yet expired; and

WHEREAS, on October 3, 2025, the Union Defendants filed an Unopposed Joint Motion for Extension of Time to file a response to the Motion to Remand; and

WHEREAS, counsel for the Union Defendants reached out to Plaintiffs' counsel and requested a two-week extension within which to file a response to the Motion to Remand; and

WHEREAS, Plaintiffs' counsel indicated that he consented to the extension of time.

IT IS HEREBY ORDERED AND ADJUDGED that the Union Defendants, Defendants ILA Local 1475 Clerks and Checkers Union, Inc., Ricky DeLoach, Frank Ryan, Jr., Steve Sims, Michael Parsons, Harold Daggett, Dennis Daggett, and Benny Holland, Jr. Unopposed Joint Motion for Extension of Time is GRANTED and the Union Defendants, Defendants ILA Local 1475 Clerks and Checkers Union, Inc., Ricky DeLoach, Frank Ryan, Jr., Steve Sims, Michael Parsons, Harold Daggett, Dennis Daggett, and Benny Holland, Jr. shall have until and including Wednesday, October 22, 2025 to file their response to the Motion to Remand.

SO ORDERED this 6th day of October, 2025.

_____
Deputy Clerk

Order prepared by:

Charles Herman
Georgia Bar No. 142852
127 Abercorn Street, Suite 208
Savannah, Georgia 31401
(912) 244-3999 Phone; (912) 257-7301 Facsimile
charles@charleshermanlaw.com