AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

STEPHEN COWART, JOSEPH HURST, and
KENNETH RAHN, JR.,

      Plaintiffs,

      **v.**

ILA LOCAL 1475 CLERKS AND CHECKERS
UNION, INC., et al.,

      Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:   CV 425-199

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered June 15, 2026 denying Plaintiffs' motion to remand and granting each of the Defendants' motions to dismiss, Plaintiffs' Complaint is dismissed. This case stands closed.



6/15/2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020